IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LONNIE CHARLES CHALMERS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:14-cv-36-N |
| | § | |
| CITY OF DALLAS, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Defendants' motion to quash [Dkt. No. 12] is GRANTED. Plaintiff shall, within 30 days from the date of this Order, properly serve the individual defendants pursuant to Fed. R. Civ. P. 4(c) & (e) or seek a waiver of service under Fed. R. Civ. P. 4(d). Defendants are reminded that a defendant who refuses to waive service without good cause will be charged with the costs of service under Fed. R. Civ. P. 4(d)(2).

SO ORDERED this 5th day of May, 2014

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE