IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

LONNIE CHARLES CHALMERS,       §
                               §
          Plaintiff,           §
                               §
V.                             §          No. 3:14-cv-36-N
                               §
CITY OF DALLAS, ET AL.,        §
                               §
          Defendants.          §

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

The Court GRANTS the City's motion to dismiss [Dkt. No. 14] without prejudice. Plaintiff must, within 21 days from the date of this Order, file an amended complaint addressing the deficiencies identified in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. If Plaintiff fails to do so, the claims against the City will be dismissed with prejudice without further notice.

SO ORDERED this 5th day of May, 2014

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE