IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LONNIE CHARLES CHALMERS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:14-cv-36-N |
| | § | |
| CITY OF DALLAS, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Defendants' Motion for Summary Judgment Based on Qualified Immunity and Res Judicata [Dkt. No. 42] is granted. Plaintiff's lawsuit is dismissed with prejudice.

SO ORDERED this 16th day of December, 2014

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE